UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANTHONY J. WYRICK,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C11-0587-RAJ-MAT<br><br><br>[~~PROPOSED~~] ORDER FOR EXTENTION OF TIME TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including August 19, 2011, to file Defendant's Answer.

DATED this <u>15th</u> day of June, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1     ORDER – [C11-0587-RAJ-MAT]

Presented By:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, Washington 98104-7075
Telephone: (206) 615-3749
Fax: (206) 615-2531
jamala.edwards@ssa.gov