1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| ANTHONY J. WYRICK, | Civil No. C11-0587-RAJ-MAT |
| Plaintiff, | |
| vs. | ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 17, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 1, 2011, to file a reply brief.

DATED this 17th day of October, 2011.

Mary Alice Theiler
United States Magistrate Judge

Presented by:

Page 1      ORDER - [C11-0587-RAJ-MAT]

1

2

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-3749
Fax:  (206) 615-2531
jamala.edwards@ssa.gov