# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| ANTHONY J. WYRICK,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-0587-RAJ-MAT<br><br><br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including November 17, 2011, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including December 1, 2011, to file a reply brief.

DATED this 17th day of October, 2011.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

Page 1    ORDER - [C11-0587-RAJ-MAT]

1

2  s/ L. Jamala Edwards
   L. JAMALA EDWARDS
3  Special Assistant U.S. Attorney
   Office of the General Counsel
4  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
5  Seattle, WA 98104-7075
   Telephone: (206) 615-3749
6  Fax: (206) 615-2531
   jamala.edwards@ssa.gov