UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY J. WYRICK,                )
                                  )   CASE NO. C11-0587-RAJ
        Plaintiff,                )
                                  )
    v.                            )
                                  )   REPORT AND RECOMMENDATION
MICHAEL ASTRUE,                   )
Commissioner of Social Security,  )
                                  )
        Defendant.                )
_____ )

Plaintiff brought this action to seek judicial review of the denial of his application for Supplemental Security Income under Title XVI of the Social Security Act of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded for further administrative proceedings, including a de novo hearing, pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 22.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) reconsider the severity of plaintiff's neuropathy and mental impairments, (2) evaluate the opinions of all the treating

REPORT AND RECOMMENDATION
PAGE -1

and nontreating sources, (3) further evaluate plaintiff's subjective complaints and lay evidence; (4) further evaluate the residual functional capacity; and (5) if warranted, obtain suplemental vocational expert testimony. The parties also stipulate that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Given the above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 4th day of November, 2011.

Mary Alice Theiler
United States Magistrate Judge