UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY J. WYRICK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C11-0587-RAJ<br><br>ORDER OF REMAND |

　　　　The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings.  Dkt. # 22.  The Honorable Mary Alice Theiler, United States Magistrate Judge, has issued a Report and Recommendation (Dkt. # 23) recommending that the court GRANT the motion.  The court GRANTS the motion and orders as follows:

　　　　(1)　　The Court adopts the Report and Recommendation;

　　　　(2)　　The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g);

　　　　(3)　　The court directs the clerk to enter judgment for Plaintiff; and

ORDER OF REMAND
PAGE -1

01   (4)   The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

02   DATED this 7th day of November, 2011.

03

04

05

                          The Honorable Richard A. Jones
06                           United States District Court Judge

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF REMAND
PAGE -2