UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY J. WYRICK, )
                                      ) CASE NO. C11-0587-RAJ
    Plaintiff, )
                                      )
    v. )
                                      ) ORDER OF REMAND
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
                                      )
    Defendant. )
_____ )

       The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. Dkt. # 22. The Honorable Mary Alice Theiler, United States Magistrate Judge, has issued a Report and Recommendation (Dkt. # 23) recommending that the court GRANT the motion. The court GRANTS the motion and orders as follows:

       (1)     The Court adopts the Report and Recommendation;

       (2)     The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g);

       (3)     The court directs the clerk to enter judgment for Plaintiff; and

ORDER OF REMAND
PAGE -1

(4) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 7th day of November, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER OF REMAND
PAGE -2